**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUIS OBANDO, *on behalf of himself, FLSA Collective*
*Plaintiffs and the Class,*

                            Plaintiff,

      v.

PIO PIO NYC, INC.
        d/b/a PIO PIO,
SIPAN RESTAURANT OF NEW YORK, INC.
        d/b/a PIO PIO,
PIO PIO OCHO, INC.
        d/b/a PIO PIO,
PIO PIO 34, INC.
        d/b/a PIO PIO,
PIO PIO 85, INC.
        d/b/a PIO PIO,
PIO PIO EXPRESS, INC.
        d/b/a PIO PIO EXPRESS,
POLLOS A LA BRASA PIO, PIO, INC.
        d/b/a PIO PIO,
PIO-PIO RESTAURANT, INC.
        d/b/a PIO PIO,
EL PILLO INC.
        d/b/a AMARU,
MOCHICA GROUP CORP.,
INES YALLICO, and AUGUSTO YALLICO,

                   Defendants.

**Case No.:**  1:23-cv-05894

**NOTICE OF**
**ACCEPTANCE**
**OF OFFER OF JUDGMENT**

        Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff LUIS OBANDO

hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment dated April

30, 2024, and annexed hereto as **Exhibit A**.

Dated: May *13*, 20234

Respectfully submitted,

By:

C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff, FLSA Collective
Plaintiffs and the Class*

CERTIFICATE OF SERVICE

I hereby certify that on May _13_, 2024, I caused service of Plaintiff's Notice of Acceptance of

Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.
Amy M. Monahan, Esq.
3 Huntington Quadrangle, Suite 102S
Melville, NY 11747
amonahan@lbcclaw.com
*Attorneys for Defendants*

By: _____
        C.K. Lee, Esq.