UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUIS OBANDO, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                Plaintiff,

v.

PIO PIO NYC, INC.
    d/b/a PIO PIO,
SIPAN RESTAURANT OF NEW YORK, INC.
    d/b/a PIO PIO,
PIO PIO OCHO, INC.
    d/b/a PIO PIO,
PIO PIO 34, INC.
    d/b/a PIO PIO,
PIO PIO 85, INC.
    d/b/a PIO PIO,
PIO PIO EXPRESS, INC.
    d/b/a PIO PIO EXPRESS,
POLLOS A LA BRASA PIO, PIO, INC.
    d/b/a PIO PIO,
PIO-PIO RESTAURANT, INC.
    d/b/a PIO PIO,
EL PILLO INC.
    d/b/a AMARU,
MOCHICA GROUP CORP.,
INES YALLICO, and AUGUSTO YALLICO,

                Defendants.

Case No.: 1:23-cv-05894

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PIO PIO NYC, INC. d/b/a PIO PIO, SIPAN RESTAURANT OF NEW YORK, INC. d/b/a PIO PIO, PIO PIO OCHO, INC. d/b/a PIO PIO, PIO PIO 34, INC. d/b/a PIO PIO, PIO PIO 85, INC. d/b/a PIO PIO, PIO PIO EXPRESS, INC. d/b/a PIO PIO EXPRESS, POLLOS A LA BRASA PIO, PIO, INC. d/b/a PIO PIO, PIO-PIO RESTAURANT, INC. d/b/a PIO PIO, EL PILLO INC. d/b/a AMARU, MOCHICA GROUP CORP., INES YALLICO, and AUGUSTO YALLIC (collectively "Defendants"), having offered to allow Plaintiff Luis Obando ("Plaintiff") to take a judgment

against them, in the sum of Twenty Thousand Dollars and No Cents ($20,000.00) ("Judgment Amount"), inclusive of all interest, attorneys' fees, and costs incurred to the date of acceptance, to resolve all of Plaintiff's individual Fair Labor Standards Act claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 30, 2024 and filed as Exhibit A to Docket Number 37;

**WHEREAS**, on May 13, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 37);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Luis Obando, in the sum of $20,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 30, 2024 and filed as Exhibit A to Docket Number 37. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2024  _____
      New York, New York                                                           U.S.D.J.